THE STATE, EX REL. OHIO AFL-CIO ET AL., *v.* INDUSTRIAL
COMMISSION OF OHIO ET AL.

(No. 79-37—Decided June 27, 1979.)

*Messrs. Clayman & Jaffy, Mr. Stewart R. Jaffy,* and *Mr. Malcolm L. Goodman,* for relators.

*Mr. William J. Brown,* attorney general, and *Mr. Michael J. Hickey,* for respondents.

*Coolidge, Wall, Matusoff, Womsley & Lombard Co., L. P. A., Mr. Joseph A. O'Friel, Mr. John C. Lombard* and *Mr. Roger J. Makley,* for intervening respondent Chrysler Corp.

*Per Curiam.* Relators have failed to allege facts giving rise to a clear legal duty entitling them to the writ of mandamus. Furthermore, relators do not allege that the commission lacks jurisdiction to act, but only that such action would be erroneous. If a tribunal has jurisdiction to determine the question before it, a writ of prohibition will not issue to prevent it from exercising that authority. *State, ex rel. McCaffrey,* v. *Cleveland* (1978), 54 Ohio St. 2d 346, 347.

Accordingly, the writs of mandamus and prohibition are denied.

*Writs denied.*

CELEBREZZE, C. J., HERBERT, W. BROWN, P. BROWN, SWEENEY, LOCHER and HOLMES, JJ., concur.